# Exhibit B:

Org Chart for “Vitalcore Physicians Group PLLC”




**HUB 1 (Central)**

Duane Waters HC Units - DWHC
G. Robert Cotton Correctional Facility - JCF
Woodland Correctional Complex - WCC
Women's Huron Valley - WHV

**HUB 2 (East)**

Lakeland Correctional Facility - LCF
Saginaw Correctional Facility - SRF
Cooper Street Correctional- JCS
Charles Egeler Reception Correctional - RGC
Parnall Correctional Facility- SMT
Gus Harrison Correctional Facility - ARF
Thumb Correctional Facility - TCF
Macomb Correctional Facility - MRF
Detroit Detention Center - DDC

**HUB 3 (West)**

Muskegon Correctional Facility - MCF
Earnest C. Brooks Correctional Facility - LRF
St. Louis Correctional Facility - SLF
Central Michigan Correctional Facility - STF
Carson City Correctional Facility - DRF
Ionia Correctional Facility - ICF
Bellamy Creek Correctional Facility - IBC
Richard A. Handlon Correctional - MTU

**HUB 4 (Upper Peninsula)**

Oaks Correctional Facility - ECF
Baraga Correctional Facility - AMF
Marquette Correctional Facility- MBP
Alger Correctional Facility - LMF
Newberry Correctional Facility - NCF
Chippewa Correctional Facility - URF
Kin Ross Correctional Facility - KCF